# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | § | |
|---|---|---|
| IN RE: ALEXANDER E. JONES | § | CASE NO. 22-33553 (CML) |
| | § | |
| Debtor | § | Chapter 7 |

## NOTICE OF APPEAL

Alexander E. Jones for himself and his wholly owned company, Free Speech Systems, LLC (the "Appellant") file this Notice of Appeal hereby appealing to the United States District Court for the Southern District of Texas the Bankruptcy Court's Order signed on November 4, 2025 [Dkt No. 1271] (the "Subject Order").

**Name of Appellants:**   Alexander E. Jones. ("Jones")
Free Speech Systems, LLC ("FSS")

**Position in Case:** Movants in Motion [Dkt. No.1259] and Jones as Chapter 7 Debtor

**Order Appealed from and Date:** Order Denying Motion for Reconsideration and Rehearing of This Court's Order Confirming That FSS Assets Are Not Property of the Estate of Alexander E. Jones and Not Subject to the Automatic Stay [Dkt. No. 1251] and Renewed Request for the Pending Relief of a Private Sale of the FSS Assets for Cash [Dkt. No. 1131, 1248], a copy of which is attached as **Exhibit A**, entered November 4, 2025 [Dkt. No. 1271].

The parties to the appeal, and their counsel are as follows:

**Appellants:**   Jones and FSS

**Counsel:**   SHELBY A. JORDAN
State Bar No. 11016700
S.D. No. 2195
ANTONIO ORTIZ
State Bar No. 24074839
S.D. No. 1127322
Jordan & Ortiz, P.C.
500 North Shoreline Blvd., Suite 804

Corpus Christi, TX  78401
Telephone: (361) 884-5678
Facsimile:  (361) 888-5555
Email:  sjordan@jhwclaw.com
aortiz@jhwclaw.com
Copy to: cmadden@jhwclaw.com

BEN C. BROOCKS
State Bar No. 03058800
Federal Bar No. 94507
WILLIAM A. BROOCKS
St. Bar No. 24107577
Federal Bar No. 3759653
BROOCKS LAW FIRM PLLC
248 Addie Roy Road, Suite B301
Austin, Texas 78746
Phone: (512) 201-2000
Fax: (512) 201-2032
Email: bbroocks@broockslawfirm.com

**Appelle**es:   The Texas Plaintiffs and the Connecticut Plaintiffs (the "Sandy Hook Plaintiffs")

**Position in Case**:   Creditors

**Counsel to Texas Plaintiffs**:

Jennifer J. Hardy
State Bar No. 24096068
WILLKIE FARR & GALLAGHER LLP
600 Travis Street
Houston, TX 77002
Telephone: (713) 510-1766
Fax: (713) 510-1799
E-mail: jhardy2@willkie.com
Co-Counsel to the Texas Plaintiffs

WILLKIE FARR & GALLAGHER LLP
Stuart R. Lombardi (admitted pro hac vice)
Deanna Drenga (admitted pro hac vice)
787 Seventh Avenue New York, NY 10019
Telephone: (212) 728-8000
Fax: (212) 728-8111
E-mail: slombardi@willkie.com
ddrenga@willkie.com

Co-Counsel to the Texas Plaintiffs

LAWSON & MOSHENBERG PLLC
Avi Moshenberg
State Bar No. 24083532
801 Travis Street, Suite 2101, #838
Houston, TX 77002
Telephone: (713) 449-9644
E-mail: avi.moshenberg@lmbusinesslaw.com
Co-Counsel to the Texas Plaintiffs

BRADLEY ARANT BOULT CUMMINGS LLP
Jarrod B. Martin
State Bar No. 24070221
600 Travis Street, Suite 5600
Houston, TX 77002
Telephone: (713) 576-0388
Fax: (713) 576-0301
E-mail: jbmartin@bradley.com
Co-Counsel to the Texas Plaintiffs

**Counsel to Connecticut Plaintiffs**:

CAIN & SKARNULIS PLLC
Ryan E. Chapple
State Bar No. 24036354
303 Colorado Street, Suite 2850
Austin, TX 78701
Telephone: (512) 477-5000
Fax: (512) 477-5011
E-mail: rchapple@cstrial.com
Co-Counsel to the Connecticut Plaintiffs

KOSKOFF KOSKOFF & BIEDER, PC
Alinor C. Sterling (admitted pro hac vice)
350 Fairfield Avenue
Bridgeport, CT 06604
Telephone: (203) 336-4421
E-mail: asterling@koskoff.com
Co-Counsel to the Connecticut Plaintiffs

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Kyle J. Kimpler (admitted pro hac vice)
Paul Paterson (admitted pro hac vice)
Daniel S. Sinnreich (admitted pro hac vice)

        Vida J. Robinson (admitted pro hac vice)
        1285 Avenue of the Americas
        New York, NY 10019-6064
        Telephone: (212) 373-3000
        Fax: (212) 757-3990
        E-mail: kkimpler@paulweiss.com
        ppaterson@paulweiss.com
        dsinnreich@paulweiss.com
        virobinson@paulweiss.com
        Co-Counsel to the Connecticut Plaintiffs

Dated: November 17, 2025    Respectfully Submitted,

        */s/ Shelby A. Jordan*
        SHELBY A. JORDAN
        State Bar No. 11016700
        S.D. No. 2195
        ANTONIO ORTIZ
        State Bar No. 24074839
        S.D. No. 1127322
        Jordan & Ortiz, P.C.
        500 North Shoreline Blvd., Suite 804
        Corpus Christi, TX  78401
        Telephone: (361) 884-5678
        Facsimile:  (361) 888-5555
        Email:  sjordan@jhwclaw.com
          aortiz@jhwclaw.com
        Copy to: cmadden@jhwclaw.com
        **CO-COUNSEL FOR ALEX JONES and**
        **FREE SPEECH SYSTEMS, LLC**

        BEN C. BROOCKS
        State Bar No. 03058800
        Federal Bar No. 94507
        WILLIAM A. BROOCKS
        St. Bar No. 24107577
        Federal Bar No. 3759653
        BROOCKS LAW FIRM PLLC
        248 Addie Roy Road, Suite B301
        Austin, Texas 78746
        Phone: (512) 201-2000
        Fax: (512) 201-2032
        Email: bbroocks@broockslawfirm.com
        **CO-COUNSEL FOR ALEX JONES And**
        **FREE SPEECH SYSTEMS, LLC**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing pleading was served upon all parties registered to receive notices via the Court's ECF noticing system on November 17, 2025.

*/s/ Shelby A. Jordan*
Shelby A. Jordan

Exhibit A

United States Bankruptcy Court
Southern District of Texas
**ENTERED**
November 04, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: ALEXANDER E. JONES § | |
| § | CASE NO. 22-33553 (CML) |
| § | |
| Debtor. § | Chapter 7 |

**ORDER DENYING MOTION FOR RECONSIDERATION AND REHEARING OF THIS COURT'S ORDER CONFIRMING THAT FSS ASSETS ARE NOT PROPERTY OF THE ESTATE OF ALEXANDER E. JONES AND NOT SUBJECT TO THE AUTOMATIC STAY**
**[Dkt. No. 1251]**
**AND RENEWED REQUEST FOR THE PENDING RELIEF OF A PRIVATE SALE OF THE FSS ASSETS FOR CASH**
**[Dkt. No. 1131, 1248[1]]**

Upon consideration of the Motion for Reconsideration and Rehearing of This Court's Order Confirming That FSS Assets are not Property of the Estate of Alexander E. Jones and Not Subject to the Automatic Stay [Dkt. No. 1251] and Renewed Request for the Pending Relief of a Private Sale of the FSS Assets for Cash [Dkt. No. 1131, 1248] (the "Motion") the record of this case, and the proceedings before the Court related to the Motion, if any, the Court finds that: (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b); (iii) venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; (iv) the Motion is in full compliance with all applicable provisions of the Bankruptcy Code, Bankruptcy Rules, Local Bankruptcy Rules of the Southern District of Texas, and orders and procedures of this Court; (v) there was proper and adequate notice of the Motion and no other or further notice is necessary under the circumstances; (vi) the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and (vii) the relief sought in the Motion is in the best

---

[1] *See*, p. 51, p. 25 of Dkt. No. 1248.

interest of the Debtor, the Estate, and its creditors; and (viii) that the relief requested in Motion should be denied.

It is **ORDERED** that:

The Motion for Reconsideration and Rehearing of This Court's Order Confirming That FSS Assets are not Property of the Estate of Alexander E. Jones and Not Subject to the Automatic Stay [Dkt. No. 1251] and Renewed Request for the Pending Relief of a Private Sale of the FSS Assets for Cash [Dkt. No. 1131, 1248] is DENIED.

Jones provides nothing satisfying any prong of Rules 59 or 60(b). There are no facts or case law overlooked by this Court in ruling. There is no newly discovered evidence. There is no substantive mistake in law or fact that this Court made in rendering its decision. There is no extraordinary circumstance present or manifest injustice.

Signed: November 04, 2025

_____
Christopher Lopez
United States Bankruptcy Judge