**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | |
|     Alexander E. Jones, | § | |
|         Debtor. | § | Case No. 4:25-cv-05553 |
| | § | |
| | § | |
| ALEXANDER E. JONES AND FREE | § | |
| SPEECH SYSTEMS, LLC, | § | |
|      Appellants. | § | (Appeal in Bankr. Case No. 22-33553) |
| | § | |
| | **§** | |

**AGREED ORDER EXTENDING
BRIEFING DEADLINES**

The Connecticut Families[1] and the Texas Families[2] (together, the "Appellees" or "Sandy Hook Families"), and Alexander E. Jones ("Jones") and Free Speech Systems, LLC ("FSS") (together, the "Appellants," and together with the Sandy Hook Families, the "Parties") hereby enter into this stipulation and agree as follows:

**WHEREAS**, on November 17, 2025, Appellants filed their Notice of Appeal in *In re Alexander E. Jones*, Case No. 22-33553, in the Bankruptcy Court for the Southern District of Texas ("Jones Bankruptcy") (Jones Bankruptcy Dkt. No. 1275). Appellants appealed the Bankruptcy Court's Order Denying Motion for Reconsideration and Rehearing of This Court's Order Confirming That FSS Assets are not Property of the Estate of Alexander E. Jones and Not Subject to the Automatic Stay [Dkt. No. 1251] and Renewed Request for the Pending Relief of a Private Sale of the FSS Assets for Cash [Dkt. No. 1131, 1248] (Jones Bankruptcy Dkt. No. 1271).

**WHEREAS**, on January 26, 2026, the notice of the docketing of the record on appeal was

---

[1] The "Connecticut Families" are Mark Barden, Jacqueline Barden, Francine Wheeler, David Wheeler, Ian Hockley, Nicole Hockley, Jennifer Hensel, William Aldenberg, William Sherlach, Carlos M. Soto, Donna Soto, Jillian Soto-Marino, Carlee Soto Parisi, Robert Parker, and Erica Ash.
[2] The "Texas Families" are Neil Heslin, Scarlett Lewis, Leonard Pozner, Veronique De La Rosa, and the Estate of Marcel Fontaine.

filed (Dkt. No. 2);

**WHEREAS**, on February 25, 2026, Appellants filed their opening brief (Dkt. No. 5), and on March 3, 2026, filed their Corrected Appellants' Brief (Dkt. No. 6);

**WHEREAS**, pursuant to Federal Rule of Bankruptcy Procedure 8018, the Sandy Hook Families' current deadline to file their response brief, as Appellees, is March 27, 2026;

**WHEREAS**, Federal Rule of Bankruptcy Procedure 8018 allows this Court to "set[] a different time" for the filing of any brief; and

**WHEREAS**, the Parties have agreed to extend the current briefing deadline to accommodate scheduling conflicts.

The Court, after reviewing the Parties' request, including the advice and representations of counsel in their request, hereby **GRANTS** the extension of briefing deadlines.

 IT IS HEREBY ORDERED THAT:

1.      The Sandy Hook Families' new deadline to file their response brief, as Appellees, is extended by agreement to April 27, 2026.

2.      Jones's and FSS's reply brief, as Appellants, is due on May 18, 2026.

3.      The Parties' rights are reserved with respect to any additional briefing to the extent allowed under applicable law, rules and this Court's procedures.

4.      The Parties may stipulate to additional extensions of the briefing deadlines, subject to the Court's approval.

SO ORDERED.

Dated: _____, 2026

_____
                      Hon. Lee H. Rosenthal
                      United States District Judge

*/s/ Shelby A. Jordan*
**JORDAN & ORTIZ, P.C.**
Shelby A. Jordan
State Bar No. 11016700
Antonio Ortiz
State Bar No. 24074839
500 N. Shoreline Blvd., Suite 804
Corpus Christi, TX 78401
Telephone: (361) 884-5678
Fax: (361) 888-5555
E-mail:  sjordan@jhwclaw.com
Copy to:  cmadden@jhwclaw.com

**BROOCKS LAW FIRM P.L.L.C.**
Ben C. Broocks
State Bar No. 03058800
William A. Broocks
State Bar No. 24107577
248 Addie Roy Road, Suite B301
Austin, TX 78746
Telephone: (512) 201-2000
Fax: (512) 201-2032
E-mail: bbroocks@broockslawfirm.com

*Co-Counsel to Alexander E. Jones and FSS*

*/s/ Jennifer J. Hardy*
**WILLKIE FARR & GALLAGHER LLP**
Jennifer J. Hardy
State Bar No. 24096068
600 Travis Street
Houston, TX 77002
Telephone: (713) 510-1766
Fax: (713) 510-1799
E-mail: jhardy2@willkie.com

**WILLKIE FARR & GALLAGHER LLP**
Stuart R. Lombardi (*pro hac vice* forthcoming)
Allison A. Berkowitch (*pro hac vice* forthcoming)
Deanna Drenga (*pro hac vice* forthcoming)
787 Seventh Avenue New York, NY 10019
Telephone: (212) 728-8000
Fax: (212) 728-8111
E-mail: slombardi@willkie.com
        aberkowitch@willkie.com
        ddrenga@willkie.com

*/s/ Ryan E. Chapple*
**CAIN & SKARNULIS PLLC**
Ryan E. Chapple
State Bar No. 24036354
303 Colorado Street, Suite 2850
Austin, TX 78701
Telephone: (512) 477-5000
Fax: (512) 477-5011
E-mail: rchapple@cstrial.com

**KOSKOFF KOSKOFF & BIEDER, PC**
Alinor C. Sterling (*pro hac vice* forthcoming)
350 Fairfield Avenue
Bridgeport, CT 06604
Telephone: (203) 336-4421
E-mail: asterling@koskoff.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Kyle J. Kimpler (*pro hac vice* forthcoming)
Paul Paterson (*pro hac vice* forthcoming)
Daniel S. Sinnreich (*pro hac vice* forthcoming)
Vida J. Robinson (*pro hac vice* forthcoming)
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Fax: (212) 757-3990
E-mail: kkimpler@paulweiss.com
        ppaterson@paulweiss.com
        dsinnreich@paulweiss.com
        virobinson@paulweiss.com

*Co-Counsel to the Connecticut Families*

**LAWSON & MOSHENBERG PLLC**
Avi Moshenberg
State Bar No. 24083532
801 Travis Street, Suite 2101, #838
Houston, TX 77002
Telephone: (713) 449-9644
E-mail: avi.moshenberg@lmbusinesslaw.com

**BRADLEY ARANT BOULT CUMMINGS LLP**
Jarrod B. Martin
State Bar No. 24070221
600 Travis Street, Suite 5600
Houston, TX 77002
Telephone: (713) 576-0388
Fax: (713) 576-0301
E-mail: jbmartin@bradley.com

*Co-Counsel to the Texas Families*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on all parties registered to receive electronic notice through the Court's CM/ECF system on March 23, 2026.

*/s/ Jennifer J. Hardy*