**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
|     **Alexander E. Jones** | § | **Bankruptcy Case No. 25-33553** |
|     **Debtor** | § | |
| | § | |
| | § | |
| **ALEXANDER E. JONES AND** | § | |
| **FREE SPEECH SYSTEMS, LLC** | § | |
|     *Appellants,* | § | |
| | § | **Civil Action No. 4:25-cv-05553** |

## PROPOSED ORDER ON APPELLANTS' MOTION FOR EXPEDITED EMERGENCY INJUNCTIVE RELIEF

Came before the Court for consideration on this day, Appellants' Motion for Expedited Emergency Injunctive Relief. The Court, having considered the Motion, the law, and the evidence, has determined Appellants' Motion for Expedited Emergency Injunctive Relief should be **GRANTED**.

SO ORDERED.

Dated: _____, 2026

_____
Honorable Judge Lee H. Rosenthal
United States District Judge