## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:25-cv-05553 |
|---|---|---|---|

| In re: Alexander E. Jones (Debtor) |
|---|
| *versus* |
|  |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Allison A. Berkowitch<br>Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>(212) 728-8000 | aberkowitch@willkie.com<br>New York 5707641 |
|---|---|

| Name of party applicant seeks to appear for: | Neil Heslin, Scarlett Lewis, Leonard Pozner, Veronique De La Rosa, and the Estate of Marcel Fontaine |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ____✔____ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated:   4/29/2026 | Signed:   /s/ Allison A. Berkowitch |
|---|---|

| The state bar reports that the applicant's status is: |  |
|---|---|
| Dated: | Clerk's signature |

| **Order** | **This lawyer is admitted *pro hac vice*.** |
|---|---|

Dated: _____          _____

United States District Judge