United States District Court
Southern District of Texas

**ENTERED**

UNITED STATES DISTRICT COURT                    SOUTHERN DISTRICT OF TEXAS April 29, 2026

Nathan Ochsner, Clerk

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:25-cv-05553 |
|---|---|---|---|

| In re: Alexander E. Jones |
|---|
| (Debtor) |

| *versus* |
|---|
| |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Deanna M. Drenga<br>Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>(212) 728-8000 \| ddrenga@willkie.com<br>New York 6018600 |
|---|---|

| Name of party applicant seeks to appear for: | Neil Heslin, Scarlett Lewis, Leonard Pozner, Veronique De La Rosa, and the Estate of Marcel Fontaine |
|---|---|

Has applicant been sanctioned by any bar association or court?    Yes _____    No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 4/29/2026 | Signed: /s/ Deanna M. Drenga |
|---|---|

| The state bar reports that the applicant's status is: Currently registered |
|---|
| Dated: 4/29/2026    Clerk's signature *Jacqueline Mata* |

| **Order** |
|---|

Dated: 4/29/2026

**This lawyer is admitted *pro hac vice*.**

_____
United States District Judge