**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | |
|    **Alexander E. Jones** | § | **Bankruptcy Case No. 25-33553** |
|    **Debtor** | § | |
| | § | |
| _____ | § | |
| | § | |
| **ALEXANDER E. JONES AND** | § | |
| **FREE SPEECH SYSTEMS, LLC** | § | |
|    *Appellants,* | § | |
| | § | |
| | § | **Civil Action No. 4:25-cv-05553** |

On Appeal from the United States Bankruptcy Court
for the Southern District of Texas, Houston Division
Cause No. 25-05553

---

**NOTICE OF WITHDRAWAL OF APPELLANTS' MOTION FOR EXPEDITED
EMERGENCY INJUNCTIVE RELIEF
[Related Docket No. 13]**

---

Shelby A. Jordan
Antonio Ortiz
**Jordan & Ortiz, P.C.**
State Bar No. 11016700
Federal Bar No. 2195
500 N. Shoreline, Suite 804
Corpus Christi, Texas 78401
Telephone: (361) 884-5678
Fax: (361) 888-5555
Email: sjordan@jhwclaw.com
     aortiz@jhwclaw.com
copy to: cmadden@jhwclaw.com

Ben C Broocks
St. Bar No. 03058800
Federal Bar No. 94507
William A. Broocks
St. Bar No. 24107577
Federal Bar No. 3759653
**Broocks Law Firm, PLLC**
248 Addie Roy Road, Suite B301v
Austin, Texas 78746
Telephone: (512) 201-2000
Fax: (512) 201-2032
Email: bbroocks@broockslawfirm.com
     wbroocks@broockslawfirm.com

**ATTORNEYS FOR APPELLANTS**

Alex Jones ("Jones") and his wholly owned company, Free Speech Systems, LLC ("FSS"), hereby file this Notice of Withdrawal of the Appellants' Motion for Expedited Emergency Injunctive filed on April 29, 2026 at Docket No. 13.

Dated:  April 30, 2026

Respectfully submitted,

*/s/ Ben C. Broocks*
Ben C Broocks
State Bar No. 03058800
William A. Broocks
State Bar No. 24107577
BROOCKS LAW FIRM P.L.L.C.
248 Addie Roy Road, Suite B301
Austin, Texas 78746
Phone: (512) 201-2000
Fax: (512) 201-2032
Email: bbroocks@broockslawfirm.com

*/s/ Shelby A. Jordan*
Shelby A. Jordan
Texas Bar No. 11016700
Antonio Ortiz
Texas Bar No. 24074839
**JORDAN & ORTIZ, PC.**
500 N. Shoreline Blvd., Suite 804
Corpus Christi, Texas, 78401
Phone: (361) 884-5678
Fax:    (361) 888-5555
Email: sjordan@jhwclaw.com
Copy to: cmadden@jhwclaw.com
**CO-COUNSEL FOR APPELLANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2026, a true and correct copy of the foregoing document was sent via electronic mail to all counsel and parties listed on the Court's ECF filing system.

*/s/ Ben Broocks*
Ben Broocks