United States District Court
Southern District of Texas

**ENTERED**

May 04, 2026

Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ALEXANDER E. JONES, | § | BANKRUPTCY CASE NO. 22-33553 |
| | § | |
| Debtor. | § | |
| | § | |
| ALEXANDER E. JONES, | § | |
| | § | |
| Appellants, | § | CIVIL ACTION NO. H-25-5553 |
| v. | § | |
| | § | |
| NEIL HESLIN, *et al.*, | § | |
| | § | |
| Appellees. | § | |

**ORDER**

Alexander E. Jones recently moved to stay a Texas state-court proceeding that would have disposed of assets that are the subject of this appeal.  (Docket Entry No. 13).  The Texas courts mooted the motion, and Jones has withdrawn it.  (Docket Entry No. 19).  The Sandy Hook Families filed an objection to the withdrawn motion, urging the court to expeditiously resolve the appeal. (Docket Entry No. 20).  The court agrees that an expeditious resolution of the appeal is appropriate.

The court construes the Sandy Hook Families' objection as a motion to expedite the appeal and grants it.  The issues are "fully briefed."  (Docket Entry No. 13 at 9).  Oral argument is set for May 8, 2026, at 2:00 p.m. CT via Zoom.

SIGNED on May 4, 2026, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge