**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | |
|    **Alexander E. Jones** | § | **Bankruptcy Case No. 25-33553** |
|    **Debtor** | § | |
| | § | |
| | § | |
| | § | |
| **ALEXANDER E. JONES AND** | § | |
| **FREE SPEECH SYSTEMS, LLC** | § | |
|    *Appellants,* | § | |
| | § | **Civil Action No. 4:25-cv-05553** |

On Appeal from the United States Bankruptcy Court
for the Southern District of Texas, Houston Division
Cause No. 25-05553

**CERTIFICATE OF CONFERENCE REGARDING APPELLANTS' MOTION FOR
RESETTING APPEAL HEARING TO ALLOW FILING OF APPELLANTS'
REPLY BRIEF AND FOR FURTHER DISCOVERY
[Related Docket No. 30]**

Shelby A. Jordan
Antonio Ortiz
**Jordan & Ortiz, P.C.**
State Bar No. 11016700
Federal Bar No. 2195
500 N. Shoreline, Suite 804
Corpus Christi, Texas 78401
Telephone: (361) 884-5678
Fax: (361) 888-5555
Email: sjordan@jhwclaw.com
      aortiz@jhwclaw.com
copy to: cmadden@jhwclaw.com

Ben C Broocks
St. Bar No. 03058800
Federal Bar No. 94507
William A. Broocks
St. Bar No. 24107577
Federal Bar No. 3759653
**Broocks Law Firm, PLLC**
248 Addie Roy Road, Suite B301v
Austin, Texas 78746
Telephone: (512) 201-2000
Fax: (512) 201-2032
Email: bbroocks@broockslawfirm.com
      wbroocks@broockslawfirm.com

**ATTORNEYS FOR APPELLANTS**

I, Shelby A. Jordan hereby certify that on May 6, 2026, I conferred via e-mail with Ryan Chappel regarding the Appellants' Motion For Resetting Appeal Hearing to Allow Filing of Appellants' Reply Brief and for Further Discovery that was filed on May 5, 2026 at Docket No. 30.  Mr. Chappel was opposed to the relief requested in the Motion.

Dated:  May 6, 2026

Respectfully submitted,

*/s/ Shelby A. Jordan*
Shelby A. Jordan
Texas Bar No. 11016700
Antonio Ortiz
Texas Bar No. 24074839
**JORDAN & ORTIZ, PC.**
500 N. Shoreline Blvd., Suite 804
Corpus Christi, Texas, 78401
Phone: (361) 884-5678
Fax:    (361) 888-5555
Email: sjordan@jhwclaw.com
Copy to: cmadden@jhwclaw.com
**COUNSEL FOR APPELLANTS**

*/s/ Ben C. Broocks*
Ben C Broocks
State Bar No. 03058800
William A. Broocks
State Bar No. 24107577
BROOCKS LAW FIRM P.L.L.C.
248 Addie Roy Road, Suite B301
Austin, Texas 78746
Phone: (512) 201-2000
Fax: (512) 201-2032
Email: bbroocks@brookslawfirm.com

**CO-COUNSEL FOR APPELLANTS**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on May 6, 2026, a true and correct copy of the foregoing document was sent via electronic mail to all counsel and parties listed on the Court's ECF filing system.

*/s/ Shelby A. Jordan*

Shelby A. Jordan
