**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

Alexander E Jones
  *Debtor*

Case Number: 4:25−cv−05553
SDTX Bankruptcy 22−BK−33553

Alexander E Jones
  *Appellant*

## NOTICE OF NON−COMPLIANCE

The appellant (or counsel for the appellant, if represented) has failed to:

• Submit the DKT13 transcript order form.

Date: June 9, 2026.

Nathan Ochsner, Clerk